UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:93-CR-27-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| ANDRE CHARLES STOKES | ) | |

It now appearing to the court that the said Andre Charles Stokes died on or about December 26, 2008. At which time a remaining liability existed in the amount of $1,800.00.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the 26th day of October, 2011.

_____
James C. Fox
Senior United States District Court Judge